# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KEVIN WILLIAMS A/K/A KIRBY STEWART, | : | No. 15 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF FOREST COUNTY, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2021, the "Writ of Mandamus" is DENIED.